# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161603

FRANCES EMMA-JEAN COLE,
          Plaintiff-Appellee,

v

SC:  161603
COA:  347034
Jackson CC:  17-001974-NI

DARRYL L. BLAND and JACKSON AREA
TRANSPORTATION AUTHORITY,
          Defendants-Appellants.

_____/

On order of the Court, the application for leave to appeal the March 17, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

ZAHRA, J., would grant leave to appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2021



Clerk

s0317